COPY

ELLIOT ENOKI
United States Attorney
District of Hawaii

EDWARD H. KUBO, JR.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 13 2001

at __ o'clock and __ __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR01-00381 SOM |
| Plaintiff, ) | INDICTMENT |
| ) | [18 U.S.C. § 2423(b)] |
| vs. ) | |
| LANDO MILLARE, ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges that:

On or about June 19, 2001, in the District of Hawaii and elsewhere, LANDO MILLARE, defendant herein, did travel in interstate commerce for the purpose of engaging in a sexual act as defined in Title 18, United States Code, Section 2246, with a person identified herein as T.E.B., who was under the age of 18 years, that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

All in violation of Title 18, United States Code, Section 2423(b).

DATED: __9/13/01__, 2001, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
UNITED STATES ATTORNEY

_____
EDWARD H. KUBO, JR.
ASSISTANT U.S. ATTORNEY

United States v. Lando Millare,
Cr. No. 01-_____
Indictment

2